**Beryl Good and Eddie Williamson, Appellants, v. Chicago Park District, Minter Bennett and Dave Smith, Appellees.**

**Gen. No. 47,129.**

First District, First Division.

April 28, 1958.

Released for publication May 28, 1958.

Moore, Ming & Leighton (William R. Ming, Jr., Chauncey Eskridge, and Robert L. Tucker, of counsel) for appellants; Berchem, Schwantes & Thuma, and Philip A. Lozowick (Donald N. Berchem, and Harry R. Posner, of counsel) for appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.